UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DAN BROWN,

      Plaintiff,            CIVIL ACTION NO. 11-10225

      v.                       DISTRICT JUDGE NANCY G. EDMUNDS

IDS PROPERTY CASUALTY     MAGISTRATE JUDGE MARK A. RANDON
COMPANY,

      Defendant.
_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ANSWERS TO REQUEST FOR PRODUCTION OF DOCUMENTS (DKT. NO. 33)

This matter is before the Court on Defendant's motion to compel answers to request for production of documents (Dkt. No. 33). Following a hearing on the motion on April 3, 2012, and being otherwise fully advised,

IT IS ORDERED that defendant's motion IS GRANTED. On or before April 10, 2012, Plaintiff shall produce the following documents to Defendant:

1. For each attendant care provider employed by Around-the-Clock at all times relevant to Plaintiff's Complaint allegations:

    a. A copy of any professional license.
    b. A copy of any certification documentation.
    c. A copy of any education degree or certification.

2. A floor plan, layout, or blueprint of Plaintiff's current and former home.

3. Any photographs of the interior of Plaintiff's former home.

                              s/Mark A. Randon
                              MARK A. RANDON
                              UNITED STATES MAGISTRATE JUDGE

Dated: April 3, 2012

*Certificate of Service*

*I hereby certify that a copy of the foregoing document was served on the parties of record on this date, April 3, 2012, by electronic and/or first class U.S. mail.*

*s/Melody R. Miles*
*Case Manager to Magistrate Judge Mark A. Randon*
*(313) 234-5542*